# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2024-1598
_____

J.B., Father of K.B., A.B., C.B.,
Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Anthony B. Miller, Judge.


February 13, 2025

PER CURIAM.

DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.,* 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

KELSEY, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


J.B., pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee; Sarah Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.